

**Rod Reynolds/TXND/05/USCOURTS**
01/16/2009 09:06 AM

To Charlene Hinton/TXED/05/USCOURTS@USCOURTS
cc
bcc
Subject Re: Case to be Transfered to Northern District of Texas Dallas Division

Hi Charlene,

We already received this order and the case assignment is 3:09CV00072.

Thank You,

Rod Reynolds
Court Services
U.S. District Court
1100 Commerce Street
Dallas, TX 75242

(214) 753-2198
rod_reynolds@txnd.uscourts.gov

Charlene Hinton/TXED/05/USCOURTS

**Charlene Hinton/TXED/05/USCOURTS**
01/15/2009 04:47 PM

To rod_reynolds@txnd.uscourts.gov
cc
Subject Case to be Transfered to Northern District of Texas Dallas Division

Dear Clerk:

Pursuant to an order from our court, we are transferring to your District cause number 2:08-cv-69


Transfer order for 08-69 pdf

You can use your pacer log in and password to access any documents you may need.

To acknowledge receipt of electronic service of these documents, please respond to this e-mail message, without the
attachments, by typing your name and date of receipts below.

ACKNOWLEDGEMENT OF RECEIPTS OF SERVICE TO TRANSFER CASE;
Name:
Date:
Receipt of: